IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:09-cv-00094-FDW-CH

| | |
|---|---|
| GAIL PRIVETTE and<br>MAURICE PRIVETTE,<br><br>    Plaintiffs,<br><br>v.<br><br>MENTOR CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO STAY PENDING A RULING ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The Court having considered Defendant Mentor Corporation's Consent Motion to Stay Pending a Ruling on Transfer by the Judicial Panel on Multidistrict Litigation and the arguments raised in the Memorandum in support of the Consent Motion, hereby ORDERS that all proceedings in this case are stayed pending the final determination of the Joint Panel on Multidistrict Litigation ("MDL Panel") to transfer this case to the Middle District of Georgia for coordinated or consolidated pretrial treatment. If the MDL Panel refuses to transfer this case to the Middle District of Georgia, Mentor Corporation's answer will be due ten (10) days after the lifting of this Order to Stay.

SO ORDERED.                                 Signed: March 18, 2009

_____
Carl Horn, III
United States Magistrate Judge

